Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Autumn K. Adamson
*Debtor*

*Case No.:* 15–80491

*Chapter:* 7

---

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to Northern District, Western Division; 327 S Church St., Rockford IL 61101.

**Entered:** 4/13/15

    /S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.